PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

```
                    U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF TEXAS
                              FILED
                          JAN - 6 2023
                    CLERK, U.S. DISTRICT COURT
                    By_____
                              Deputy
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

DeAudRio Lee #0532939
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

CASE NO. 4-23CV-013-P
(Clerk will assign the number)

v.

Arlington Police Department - 620 West Divison Arlington, TX. 76101
Defendant's Name and Address

Officer A. James - 620 West Divison Arlington, TX. 76101
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
            Plaintiff(s)_____
            Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES: ✓ YES ___ NO
Have you exhausted all steps of the institutional grievance procedure?
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: DeAudric Lee - 100 N. Lamar Fort Worth, TX. 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Arlington Police Department - 620 West Divison Arlington, TX. 76101
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train and supervise employees properly

Defendant #2: Officer A. James - Arlington Police Department - 620 West Divison Arlington, TX 76101
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Police officer harrassed and violated my civil rights on a non-confirmed hunch.

Defendant #3: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON ARE Around November 22, 2022, About 10pm, I was inside A nighborhood corner store south bound Hwy 360, And Hollandale drive in Arlington, Texas. Thats when I And other customers was approach by Arlington Police Officers while we was playing the Casino machine games. Police officers was saying to us ya'll know these games are illegal to play And asking what car we came in or deive thats outside. I ignored All questions And continued to play, As soon my game was over I exited the store.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated And hold the defendants Accountable for the injurious for their unlawful conduct.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DeAudric Shamaine Lee, DeAudric Lee

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02389316, 05665979

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: 12/23/2022
             DATE

*DeAudric Lee*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __23__ day of __December__, 20 __22__.
            (Day)                (month)              (year)

*DeAudric Lee*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



**Police Department
Internal Affairs**

620 West Division Street
Post Office Box 1065
Mail Stop 04-0140
Arlington TX 76004-1065
(817) 459-5611

*CALEA Accredited Since 1989*
**Alexander Jones, Chief of Police**

DeAndric Lee
Tarrant County Jail #0532939
100 N. Lamar Street
Fort Worth, Texas 76196

Dear Mr. Lee,

In response to your letter dated December 9, 2022, the Internal Affairs Section has conducted an inquiry into your allegations.

The inquiry into this incident is complete and the allegation has been closed. The investigation showed that there was no evidence to support your allegation. Probable cause was established for your arrest and the Tarrant County District Attorney's Office has accepted the criminal charges.

It is the policy of the Arlington Police Department to thoroughly investigate complaints made against its employees. This is our commitment to the citizens we serve.

Sincerely,

Lt. Adrian Yowman #2604
Commander – Internal Affairs



①

December 23, 2022

Statement of Claim:

On are around November 22, 2022, about 10pm, me and other customers was inside a nighborhood corner store southbound Hwy 360 and Hollandale drive in Arlington, Texas. Thats were police officers from Arlington Police Department, came inside the store and approach me and other customers while we was playing the casino games, asking us questions about what car you drive or what car you was in, also saying the games we playing are illegal to play.
   I ignored all questions and continued to play my game, as soon my game was over I exited the store and started walking home. As I got into the apartments inside the gates I noticed I was being trailed by two officers from the store, they was yelling toward me I assume they was telling me to stop but I ignored an kept walking until I noticed they was still trailing me so I stop, so nothing worse happens!
   While stopped in the apartments officer A. James said I was detain for suspicious

②

## STATEMENT OF CLAIM:

I disagreed and didn't give the officer my name, so I was escorted to the supervisor that was at the store. So officer A. James and his partner walked me back to the store where I was arrested on a unrelated warrant, and the officer also arrested for drugs that was found inside a parked car at the store, since the car was in my name they unlawful searches and seized some drugs

# Tarrant County Sheriff's Office
# Grievance Response Form

| | | | | |
|---|---|---|---|---|
| G232518 | 12/9/2022 | FISHER | 12/21/2022 | 12. INFORMATION ONLY |
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |
| 61-B | LEE, DEAUDRIC | | 0532939 | |
| *Housing* | *Name* | | *CID* | |

*Grievance Response Summary*

MR. LEE, NOT ALL COMPLAINTS/CONCERNS SUBMITTED ON A GRIEVANCE FORM CONSTITUTE A GRIEVANCE. DUE TO YOUR COMPLAINT YOU MAY DIRECT ANY QUESTIONS YOU ARE REQUIRING ABOUT YOUR CASE TO YOUR ATTORNEY OR A COURT APPOINTED LEGAL REPRESENTATIVE.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# TARRANT COUNTY JAIL
## INMATE GRIEVANCE FORM

File Nbr. 413278

*Press hard when writing*  -9 DEC 2022  05 56

**Name** DeAudric Lee   **CID No.** 0532939

**Housing Assignment** 61-B-44   **Date** 12-8-22

Is this an "American with Disabilities Act (ADA) Complaint?"   Yes ☐   No ☑

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

My Grievance is with Arlington Police Department, on 11/22/22 (10pm) at a public store me and couple of customers was harassed illegal detain and arrested. My Arresting officer is A. James. I and other customers were followed inside the store where police officer harassed us as we played the casino games. As I left the store walking I was later followed by two officers or I was trailed by two officers whom detain me and arrested me for my warrant and 4(200mm) Def. officers find drugs in a car at the store that I had no control of nor possession of my keys. Said the car was in my name they illegally search it. I will proceed every step to file my complaint and fight for the malicious governmental activity and abuse Arlington Police Department is doing to the citizen of Arlington, they assume we don't know our rights or they don't CARE!

**GRIEVANCE OFFICE USE ONLY**************DO NOT WRITE BELOW THIS LINE

**Grievance Officer** Cpl T. Fisher   **Date** 12-9-2022   **Code** 12

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

_____

White Copy To File   Canary Copy To Inmate (Grievance Response)   Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

# Tarrant County Sheriff's Office
# Grievance Response Form

| Number | Received Date | Assigned To | Close Date | Classification |
|---|---|---|---|---|
| G232518 | 12/9/2022 | INTAKE | | 12. INFORMATION ONLY |

| Housing | Name | | CID |
|---|---|---|---|
| 61-B | LEE, DEAUDRIC | | 0532939 |

**Grievance Response Summary**

MR. LEE, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# TARRANT COUNTY JAIL
## INMATE GRIEVANCE FORM

File Nbr. _____

*Press hard when writing*

**Name** DeAudric Lee     **CID No.** 0532939

**Housing Assignment** 61-B-44     **Date** 12-8-22

Is this an "American with Disabilities Act (ADA) Complaint?"   Yes [ ]   No [✓]

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

My Grievance is with Arlington Police Department, on 11/20/22 (10pm) at a public store me and couple of customers was harassed illegal being and arrested. My Arresting officer is A. James. I and other customers were followed inside the store where police officer likevised us as we played the casino games. As I left the store whiking I was later followed by two officers or I was trailed by two officers whom detain me and arrested me for my warrant and 42.202 min P.O.I. states that police in a care of the store that I had no animal of not possesion of my keys. She said the car was in my name, why illegally catch it?

I will proceed every step to file my complaint and fight for the maindiul environmental activity and abuse Arlington Police Department is doing to the citizens of Arlington, they assume we don't know our rights or they don't care!

**GRIEVANCE OFFICE USE ONLY****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** _____   **Date** _____   **Code** _____

**Referred to** _____   **Date** _____   **Time** _____

**Response by** _____   **Date** _____   **Time** _____

**GRIEVANCE SUMMARY RESPONSE**

_____

White Copy To File     Canary Copy To Inmate (Grievance Response)     Pink Copy For Inmate Retention

S-101   GPC-1699   REV. 06-06

11-29-22 + 12-28-22
November 29, 2022

SLI╶╮
        ╰╯
TARRA⋯   ITY JAIL
                December 28,
NAME    ⋯, DEAL DRIC        2022
ID: 0⋯2939
BLOCK: 5
TIER: 8
CELL: D

ORDER NUMBER: 101333088
ORDER DATE: 2022-11-29

BEG BALANCE: $ 50.00
═══════════════════════════
ORDER DETAILS
═══════════════════════════
ITEM DESCRIPTION      EXTEND
─────────────────────────────
6175 MEN A/P SPORT TALC 3  4.75
0055 PF  GLO GEL POMADE 4O  4.15
0397 NEXT1 COCOA BUTTER SO  2.15
1540 TUBE SOCK (ONE SIZE F
   002 @ $2.35      4.70
1532 XLG BOXER SHORTS WHIT  4.5⋯
2015 KF FD COFFEE YELLOW 3  6.40
6047 SV SPICY REFRIED BEAN  ⋯.89
4460 INSTANT POTATOES   3.10
6600 FLOUR TORTILLAS 6CT  2.95
6013 CAJUN CHICKEN RAMEN
   003 @ $0.99      2.97
4056 PEANUT BUTTER SS 2OZ  1.15
3045 MS DUPLEX CREMES 6OZ  1.85
1411 COFFEE CUP  W/ HANDLE  2.00
═══════════════════════════
SUB TOTA⋯      44.56
TA⋯ TOTAL $    1.45

ORDER TOTAL  $  46.01
═══════════════════════════
END BALANCE $   3.99

## Receipt 1

RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------
NAME: LEE, DEAUDRIC
ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101344072
ORDER DATE: 2022-12-15

BEG BALANCE: $ 1.88
==================================
ORDER DETAILS
==================================
ITEM DESCRIPTION       EXTEND
---- -------------------- ------
6079 WHOLE SHABANG 1.5 OZ   1.50
2080 SUGAR TWIN PACKET      0.15
==================================
       SUB-TOTAL: $ 1.65
       TAX TOTAL: $ 0.12
       -------------------
       ORDER TOTAL: $ 1.77
       ===================
       END BALANCE: $ 0.11

RECEIVED BY: _____

DATE: _____

## Receipt 2

RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------
NAME: LEE, DEAUDRIC
ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101343015
ORDER DATE: 2022-12-14

BEG BALANCE: $ 37.40
==================================
ORDER DETAILS
==================================
ITEM DESCRIPTION       EXTEND
---- -------------------- ------
2015 KF FD COFFEE YELLOW 3   6.40
1530 MED BOXER SHORTS WHIT   4.50
3004 ZC PB CREME COOKIES 6
  002 @ $1.85        3.70
4056 PEANUT BUTTER SS 2OZ
  002 @ $1.15        2.30
1507 XLG T-SHIRT      5.00
6079 WHOLE SHABANG 1.5 OZ
  002 @ $1.50        3.00
2737 CHILI CHEESE FRITOS 2   1.60
6600 FLOUR TORTILLAS 6CT    2.95
6013 CAJUN CHICKEN RAMEN
  004 @ $0.99        3.96
3230 (EA) MS PB WAFERS    0.95
==================================
       SUB-TOTAL: $ 34.36
       TAX TOTAL: $ 1.16
       -------------------
       ORDER TOTAL: $ 35.52
       ===================
       END BALANCE: $ 1.88

RECEIVED BY: _____

DATE: _____

## Receipt 3

RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------
NAME: LEE, DEAUDRIC
ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101341440
ORDER DATE: 2022-12-12

BEG BALANCE: $ 77.45
==================================
ORDER DETAILS
==================================
ITEM DESCRIPTION       EXTEND
---- -------------------- ------
6600 FLOUR TORTILLAS 6CT    2.95
1015 MANILLA ENVELOPE       0.50
1540 TUBE SOCK (ONE SIZE F   2.35
6159 CHEETOS FLMN HOT 1.75O  1.60
2737 CHILI CHEESE FRITOS 2
  002 @ $1.60        3.20
3045 MS DUPLEX CREMES 6OZ   1.85
3030 MS VNILLA CRM COOKIES  1.85
4056 PEANUT BUTTER SS 2OZ
  002 @ $1.15        2.30
2015 KF FD COFFEE YELLOW 3   6.40
6047 SV SPICY REFRIED BEAN  3.89
4460 INSTANT POTATOES       3.10
6016 LIME CHILI W/SHRIMP R
  002 @ $0.99        1.98
6046 CHICKEN RAMEN
  002 @ $0.99        1.98
1001 STAMPED ENVELOPE       0.73
0115 MEN A/P SPORT TALC 3   4.75
==================================
       SUB-TOTAL: $ 39.43
       TAX TOTAL: $ 0.62
       -------------------
       ORDER TOTAL: $ 40.05
       ===================
       END BALANCE: $ 37.40

RECEIVED BY: _____

DATE: _____

```
RECEIPT SLIP

TARRANT COUNTY JAIL
--------------------------------
NAME: LEE, DEAUDRIC
 ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101348546
 ORDER DATE: 2022-12-22

        BEG BALANCE: $ 100.16
====================================
        ORDER DETAILS
====================================
NO ITEM DESCRIPTION

01 2015 KF FD COFFEE YELLOW 3OZ  $
02 0001 S-8 CONDITIONER      $ 3.40
03 0005 PRO GLO GEL POMADE 4OZ  $
04 6079 WHOLE SHABANG 1.5 OZ
    002 @ $1.50        $ 3.00
05 1653 SZ 11 WOMENS PANTIES (EA) $
06 4321 DORITOES CLR BAG
    002 @ $1.60        $ 3.20
07 6047 SV SPICY REFRIED BEANS  $
08 6053 CAJUN SHRIMP RAMEN
    003 @ $0.99        $ 2.97
09 6016 LIME CHILI W/SHRIMP RAMEN
    002 @ $0.99        $ 1.98
10 3004 ZC PB CREME COOKIES 6 OZ
    002 @ $1.85        $ 3.70
11 3045 MS DUPLEX CREMES 6OZ
    002 @ $1.85        $ 3.70
12 6660 MACKEREL FLKS IN CHILI OIL $
13 6429 JALAP CHEESE SQZ 2OZ    $
14 6421 KFT RANCH DRESSING SS   $
====================================
        SUB-TOTAL: $ 45.99
        TAX TOTAL: $  1.42
        ---------------------
        ORDER TOTAL: $ 47.41
        ====================
```

```
RECEIPT SLIP

TARRANT COUNTY JAIL
--------------------------------
NAME: LEE, DEAUDRIC
 ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101346793
 ORDER DATE: 2022-12-20

        BEG BALANCE: $  3.95
====================================
        ORDER DETAILS
====================================
ITEM DESCRIPTION      EXTEND

3004 ZC PB CREME COOKIES 6  1.85
3230 (EA) MS PB WAFERS      0.95
6016 LIME CHILI W/SHRIMP R  0.99
====================================
        SUB-TOTAL: $  3.79
        TAX TOTAL: $  0.00
        ---------------------
        ORDER TOTAL: $  3.79
        ====================
        END BALANCE: $  0.16


RECEIVED BY: _____

DATE: _____
```

```
RECEIPT SLIP

TARRANT COUNTY JAIL
--------------------------------
NAME: LEE, DEAUDRIC
 ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101345731
 ORDER DATE: 2022-12-19

        BEG BALANCE: $ 40.11
====================================
        ORDER DETAILS
====================================
ITEM DESCRIPTION      EXTEND

6600 FLOUR TORTILLAS 6CT    2.95
2015 KF FD COFFEE YELLOW 3  6.40
6050 KF INST WHITE RICE 8O  2.60
6047 SV SPICY REFRIED BEAN  3.89
4460 INSTANT POTATOES       3.10
6079 WHOLE SHABANG 1.5 OZ
    002 @ $1.50        3.00
6053 CAJUN SHRIMP RAMEN
    003 @ $0.99        2.97
3004 ZC PB CREME COOKIES 6
    002 @ $1.85        3.70
4056 PEANUT BUTTER SS 2OZ
    002 @ $1.15        2.30
====================================
        SUB-TOTAL: $ 30.91
        TAX TOTAL: $  0.25
        ---------------------
        ORDER TOTAL: $ 31.16
        ====================
        END BALANCE: $  8.95


RECEIVED BY: ____  _____  _____
```

RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------
NAME: LEE, DEAUDRIC
 ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101351900
 ORDER DATE: 2022-12-28

BEG BALANCE: $ 11.43
================================
ORDER DETAILS
================================
ITEM DESCRIPTION        EXTEND
---- ---------------------- ------
0251 ATHLETE FT CREAM TOLN  6.00
3004 ZC PB CREME COOKIES 6  1.85
6600 FLOUR TORTILLAS 6CT    2.95
2080 SUGAR TWIN PACKET
  004 @ $0.15         0.60
================================
     SUB-TOTAL: $  11.40
     TAX TOTAL: $   0.00
     ----------------------
     ORDER TOTAL: $ 11.40
     ======================
     END BALANCE: $  0.03


RECEIVED BY: _____

    DATE: _____


RECEIPT SLIP

TARRANT COUNTY JAIL

--------------------------------
NAME: LEE, DEAUDRIC
 ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101350523
 ORDER DATE: 2022-12-27

BEG BALANCE $ 45.10
================================
ORDER DETAILS
================================
ITEM DESCRIPTION        EXTEND
---- ---------------------- ------
2015 KF FD COFFEE YELLOW 3  6.40
0397 NEXT1 COCOA BUTTER SO
  002 @ $2.15         4.30
0520 COLGATE TOOTHPASTE_GR  2.35
6079 WHOLE SHABANG 1.5 OZ
  002 @ $1.50         3.00
2737 CHILI CHEESE FRITOS 2
  002 @ $1.60         3.20
3004 ZC PB CREME COOKIES 6  1.85
3045 MS DUPLEX CREMES 6OZ   1.85
4056 PEANUT BUTTER SS 2OZ
  002 @ $1.15         2.30
1015 MANILLA ENVELOPE       0.50
3130 CHEESE SAND CRKRS(SLE
  002 @ $1.05         2.10
6026 CHILI RAMEN
  003 @ $0.99         2.97
3270 ZC CHOC CREME CUPCAKE  1.95
================================
     SUB-TOTAL: $  32.77
     TAX TOTAL: $   0.90
     ----------------------
     ORDER TOTAL: $ 33.67
     ======================
     END BALANCE: $ 11.43


RECEIVED BY: _____

    DATE: _____

```
RECEIPT SLIP

TARRANT COUNTY JAIL
--------------------------------
NAME: LEE, DEAUDRIC
  ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101340555
  ORDER DATE: 2022-12-09

  BEG BALANCE: $ 30.10
====================================
   ORDER DETAILS
====================================
ITEM DESCRIPTION     EXTEND
---- ---------------------- ------
2355 SPRITE 20 OZ.    2.45
====================================
       SUB-TOTAL: $  2.45
       TAX TOTAL: $  0.20
       ----------------------
       ORDER TOTAL: $ 2.65
       =====================
       END BALANCE: $ 27.45


RECEIVED BY: _____  _____

    DATE: _____
```

```
RECEIPT SLIP

TARRANT CO    Y JAIL
-- -------  ---------------------
 NAME: LEE, DEAUDRIC
  ID: 0532939
 BLOCK: 6
 TIER: 1
 CELL: B

OR   R NUMBER: 101338906
 O   ER DATE: 2022-12-07

  BEG BALANCE: $ 18.76
================================
   ORDER DETAILS
================================
ITEM DESCRIPTION     EXTEND

2015 K  FD COFFEE YELLOW 3  6.40
1460 I    NT POT TOES   3.10
              OX       6OZ  1.85
3004              E      S 5  .65
6010 IM         WSHI     R
   n   @          1.98
 615  CH         N HOT 1.75O  1.6
 40       F      SS 20Z  1 15
                  KET
                   .0
                 _____
        S IE        53
          TOTA        3

    OR   TOTAL $ 18.66

    END BALANCE: $  0.10



 EIVED     _____

 DATE:   ___ _____
```

```
RECEIPT SLIP

TARRANT COUNTY JAIL
--------------------------------
NAME: LEE, DEAUDRIC
  ID: 0532939
BLOCK: 6
TIER: 1
CELL: B

ORDER NUMBER: 101338423
  ORDER DATE: 2022-12-06

  BEG BALANCE: $ 56.13
==============================
   ORDER DETAILS
==============================
ITEM DESCRIPTION     EXTEND

1452 LG. SHOW             2.50
0562 TOOTHBR      4 INCH HAN 0.40
1    ULTPAS     OZ.    0 5
1060 BOARDROOM PAPER 50 CT  1.85
2015 KF FD COFFEE ELLOW 3  6.40
0520 COLGATE TO  PST E_GR  2.35
2737 CHILI CHEESE FRI DS 2  1.60
4321 DORITOES CLR BAG    1.60
6050 KF INST WHITE RICE 8O  2.60
6047 SV SPICY REFRIED BEA
6699 FLOUR TORTILLAS 6O
30   M 5 DUPLEX CREMES 6O     35
4056 PEANUT BUTTER S  2OZ  1.15
6059 MCHN SHRIMP FLV RAMEN
   00  @ $0.99       1.98
6026 CHILI RAMEN      0.99
3030 MS VNILLA CRM COOKIES  1.85
3248 CINNAMON ROLL 4OZ   1.95
===========      ==============
       SUB-TO    L $ 36.6
       TAX TOTAL $ 0.71
       ----------------------
       ORDER TOTAL $ 37.37
       ============  ========
       END BALAN        1


RECEIVED BY: _____  _____

    DATE:  __  _____
```

DeAudric Lee #0534757
Tarrant County Jail
100 N. Lamar
Fort Worth, Tx. 76196

Office of the U.S. District Court
501 W. Tenth St. Rm. 310
Fort Worth, Tx. 76102

RECEIVED
JAN - 6 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

US POSTAGE PITNEY BOWES
ZIP 76196
02 1W
0001399895 DEC
$ 001.05°
2022