UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DEAUDRIC LEE,**
**INSTITUTIONAL ID NO. 0532939,**

 Plaintiff,

v.                 No. 4:23-cv-0013-P

**ARLINGTON POLICE DEPARTMENT,**
**ET AL.,**

 Defendants.

## ORDER

On January 6, 2023, Plaintiff DeAudric Lee, a pretrial detainee proceeding pro se, filed a civil-rights complaint. *See* ECF No. 1. On the same day, the clerk of Court sent Lee a copy of the Court's Instructions to a Prisoner Pro Se Plaintiff. *See* ECF No. 4. The instructions warned Lee that failure to promptly notify the Court of any change to his address could result in dismissal of his case. *Id.*

On March 31, the Court entered an order striking Lee's fourth amended complaint. *See* ECF No. 14. The order was mailed to Tarrant County Jail at the address Lee provided. The order has since been returned to the clerk of Court as undeliverable because Lee is no longer detained in Tarrant County Jail. *See* ECF No. 15 at 1.

To date, Lee has not notified the Court of his current address, which is required by the Court's local rules. *See* N.D. Tex. Civ. R. 83.13, 83.14. His failure to do so suggests that he does not want to proceed with this action. Moreover, because the Court is unable to communicate with Lee about his case, this case cannot proceed.

Under these circumstances, the Court concludes that dismissal of Lee's complaint for want of prosecution is warranted. *See* FED. R. CIV. P. 41(b); *see also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).

Warren's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **11th day** of **April 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE